IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BYRON KEITH CANNON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1148-MHT |
| | ) | (WO) |
| WARDEN KENNETH JONES, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

### OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of January, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE